### *Bach and Bach* v. *Coles.*

THIS was an application to the court, in the first instance for an order to stay proceedings on a case made.

*Per Curiam.* Though the rule authorising parties to apply to a judge for this purpose, does not abrogate the power of the court, yet we ought never to be resorted to, till the other mode has been attempted. This is chamber business.